**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Alexander Plastics, Inc** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **Creations Global** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 7 5 – 1 1 7 8 7 0 5 | |
| 4. Debtor's address | **Principal place of business**<br><br>**3845 Grader St.  Building 100**<br>Number           Street<br>**Garland, TX 75041**<br>City                                State    ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number           Street<br>_____<br>City                                State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number           Street<br>_____<br>City                                State    ZIP Code |
| 5. Debtor's website (URL) | https://www.creationsgr.com/ | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor **Alexander Plastics, Inc** _____  Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
      District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                       MM / DD / YYYY
      Case number, if known _____

Debtor   **Alexander Plastics, Inc**_____   Case number (if known) _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number   Street

_____

_____
City                              State   ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199 ☐ 200-999  ☐ 10,001-25,000                     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor __Alexander Plastics, Inc_____  Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/06/2025__
        MM/ DD/ YYYY

X  /s/ Ben Goldfarb _____      __Ben Goldfarb_____
    Signature of authorized representative of debtor     Printed name

Title _____ **Chairman** _____

**18. Signature of attorney**

X _____ /s/ Frances A. Smith _____  Date __08/06/2025__
    Signature of attorney for debtor                           MM/ DD/ YYYY

**Frances A. Smith**
Printed name

**Ross & Smith, PC.**
Firm name

**700 N. Pearl Street 1610**
Number    Street

**Dallas**        **TX**        **75201**
City                      State        ZIP Code

**(214) 593-4976**        **frances.smith@ross-and-smith.com**
Contact phone                 Email address

**24033084**        **TX**
Bar number              State

# UNANIMOUS WRITTEN CONSENT OF SHAREHOLDERS IN LIEU OF MEETING OF SHAREHOLDERS OF

# ALEXANDER PLASTICS, INC.

### August 5, 2025

The undersigned, being the shareholders of Alexander Plastics, Inc. d/b/a Creations Global (the "Company"), a Domestic For-Profit Corporation, does hereby consent in writing to ratify, approve, and adopt the following actions:

WHEREAS, the Company was formed on December 7, 1964 as a Texas corporation in accordance with the Texas Business Corporation Act of 1955, as amended from time to time (the "TCBA").

WHEREAS, Alexander Plastics, Inc. assumed the name Creations Global Retail pursuant to the certificate of filing with the Office of the Secretary of State on February 23, 2009.

WHEREAS, Alexander Plastics, Inc. assumed the name Creations Global pursuant to the certificate of filing with the Office of the Secretary of State on September 30, 2020.

WHEREAS, Jac Crawford and Ben Goldfarb are each 50% shareholders and directors of the company. Jac Crawford is the President of the Company.

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, and other interested parties for the Company to file a petition for bankruptcy protection under Subchapter 5 of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in such form and at such time as the shareholders shall determine (such bankruptcy case, the "Chapter 11 Case");

RESOLVED FURTHER, in furtherance of such a filing, the Company shall seek the employment and retention of bankruptcy counsel and other professionals in the Chapter 11 Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all action to advance the Company's rights and obligations and, in connection therewith, may execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such professionals;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the shareholders or any of the Company's professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

RESOLVED FURTHER, that any and all actions of the shareholders or any of the Company's professionals taken prior to the date hereof (a) to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and (b) that represent the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

EXECUTED as of the above date.

_____

Ben Goldfarb, Chairman of the Board of Alexander Plastics